# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DISABILITY RIGHTS NETWORK OF PENNSYLVANIA,** | : | |
| Plaintiff | : | Civil Case No. 1:13-CV-00635 |
| | : | |
| v. | : | Judge John E. Jones, III |
| **JOHN WETZEL,** | : | |
| Defendant | : | FILED ELECTRONICALLY |

## JOINT STIPULATION

The Plaintiff and Defendant ("Parties") hereby stipulate as to the follows:

1. On August 8, 2013, the Parties filed a joint request seeking a sixty day stay of the deadlines in this matter. Doc. 31.

2. By Order dated August 12, 2013, the Court granted the request to stay the deadlines and revised the scheduling Order. Doc. 32.

3. In accordance with the August 8, 2013 request and in light of the Court's August 12, 2013 Order, the Parties hereby stipulate that Defendant's response to the complaint is due on or before November 19, 2013.

s/Robert W. Meek, Esq.  
**ROBERT W. MEEK, Esq.**  
**Disability Rights Network**  
**of Pennsylvania**  
**Counsel for Plaintiff**

s/ Maryanne M. Lewis  
**MARYANNE M. LEWIS**  
**Senior Deputy Attorney General**  
**Office of Attorney General**  
**Counsel for the Defendant**

 **APPROVED by the COURT**             _____  
                                                                                 J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DISABILITY RIGHTS NETWORK** | : | |
| **OF PENNSYLVANIA** | : | Civil Case No. 1:13-CV-00635 |
|       **Plaintiff** | : | |
| | : | |
| **v.** | : | Judge John E. Jones, III |
| | : | |
| **JOHN WETZEL** | : | |
|       **Defendant** | : | **FILED ELECTRONICALLY** |

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on September 12, 2013 I caused to be served a true and correct copy of the foregoing document by electronic filing to the following:

| | |
|---|---|
| Angus R. Love | Eric Hellerman |
| PA Institutional Law Project | Mari Bonthuis |
| Cast Iron Building | David L. Kornblau |
| 718 Arch Street, Suite 304 South | Covington & Burling LLP |
| Philadelphia, PA 19106 | 620 Eighth Avenue |
| Email: alove@pailp.org | New York, NY 10018 |
| *Counsel for Plaintiff* | Email: ehellerman@cov.com |
| | Email: mbonthuis@cov.com |
| | Email: dkornblau@cov.com |

| | |
|---|---|
| Jeffrey M. Skakalski<br>Disability Rights Network of Pennsylvania<br>429 Fourth Ave., Suite 701<br>Pittsburgh, PA 15219<br>412-391-5225<br>Email: jskakalski@drnpa.org | Kelly L. Darr<br>Robert W. Meek<br>Disability Rights Network of Pennsylvania<br>1315 Walnut Street<br>Suite 500<br>Philadelphia, PA 19107-4705<br>Email: kdarr@drnpa.org<br>Email: rmeek@drnpa.org |
| Mary Catherine Roper<br>American Civil Liberties Union of Pennsylvania<br>PO Box 40008<br>Philadelphia, PA 19106<br>Email: mroper@aclupa.org | Witold J. Walczak<br>American Civil Liberties Union of PA<br>313 Atwood Street<br>Pittsburgh, PA 15213<br>(412) 681-7864<br>Email: vwalczak@aclupa.org |

                                                                                              **/s/** *Maryanne M. Lewis*
                                                                                             **MARYANNE M. LEWIS**
                                                                                             **Senior Deputy Attorney General**