IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DISABILITY RIGHTS NETWORK OF PENNSYLVANIA** | : | |
| Plaintiff | : | Civil Case No. 1:13-CV-00635 |
| | : | |
| v. | : | Judge John E. Jones, III |
| | : | |
| **JOHN WETZEL** | : | |
| Defendant | : | FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R .Civ. P. 41(a)(1)(A)(ii) and acting through their respective counsel, Plaintiff Disability Rights Network of Pennsylvania and Defendant John Wetzel, Secretary of the Pennsylvania Department of Corrections, stipulate that, in accordance with the terms of the Settlement Agreement entered into by the Parties, the Court retains limited jurisdiction for enforcement purposes as provided in Paragraphs 69 and 70 of the Settlement Agreement and this case is **DISMISSED WITHOUT PREJUDICE and WITHOUT COSTS.**

| | |
|---|---|
| *s/Robert W. Meek* | *s/ Maryanne M. Lewis* |
| **ROBERT W. MEEK** | **MARYANNE M. LEWIS** |
| Disability Rights Network | Senior Deputy Attorney General |
| of Pennsylvania | Office of Attorney General |
| 1315 Walnut Street, Suite 500 | 15th Floor, Strawberry Square |
| Philadelphia, PA 19107-4705 | Harrisburg, PA 17120 |
| Phone: (215)-238-8070 | Phone: (717) 787-9719 |
| Fax:    (215) 772-3126 | Fax:    (717) 772-4526 |
| rmeek@drnpa.org | mlewis@attorneygeneral.gov |
| **Counsel for Plaintiff** | **Counsel for the Defendant** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DISABILITY RIGHTS NETWORK** | : | |
| **OF PENNSYLVANIA** | : | Civil Case No. 1:13-CV-00635 |
| Plaintiff | : | |
| | : | |
| v. | : | Judge John E. Jones, III |
| | : | |
| **JOHN WETZEL** | : | |
| Defendant | : | FILED ELECTRONICALLY |

## ORDER

The Parties having entered into a settlement agreement and having submitted a stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

**AND NOW THIS \_\_\_\_ DAY OF JANUARY 2015, IT IS HEREBY ORDERED** that this matter is dismissed **WITHOUT PREJUDICE and WITHOUT COSTS;** and in accordance with the terms of the Settlement Agreement entered into by the Parties the Court retains limited jurisdiction as provided in Paragraphs 69 and 70 of the Settlement Agreement.

_____
**JOHN E. JONES III**
**United States District Judge**