IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISABILITY RIGHTS NETWORK OF PENNSYLVANIA<br>　　　　Plaintiff | Civil Case No. 1:13-CV-00635 |
| v. | Judge John E. Jones, III |
| JOHN WETZEL<br>　　　　Defendant | FILED ELECTRONICALLY |

## ORDER

The Parties having entered into a settlement agreement and having submitted a stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

AND NOW THIS 15th DAY OF JANUARY 2015, IT IS HEREBY ORDERED that this matter is dismissed **WITHOUT PREJUDICE** and **WITHOUT COSTS**; and in accordance with the terms of the Settlement Agreement entered into by the Parties the Court retains limited jurisdiction as provided in Paragraphs 69 and 70 of the Settlement Agreement.

　　　　　　　　　　　　　　　　　　JOHN E. JONES III
　　　　　　　　　　　　　　　　　　United States District Judge