SCI Fayette
421 LaBelle Road
LaBelle PA 15450

Prothonotary Office
Middle District of PA.
William J Nealon Federal
Bldg & U.S. Court House
235 N. Washington Ave
Scranton PA 18501-1148

FILED
SCRANTON
NOV 05 2018
PER _____
DEPUTY CLERK

RE: Disability Rights Network of PA. vs. John Wetzel Defendants civil case No. 1:13-cv-00635; Settlement agreement General release

"Breach of Contract Complaint Notification"

Greetings and Good day to you! This is to make you aware of the (Breach of Contract) the Defendants committed violating Tuesday January 6, 2015 Landmark legal settlement to improve conditions for state inmates with serious mental illness in Pennsylvania.. Disability Rights Network of PA. vs. John Wetzel; defendant civil No. 1:13-cv-00635 Settlement agreement General release Page 3 of 36 Now, Therefore it is. Hereby Agreed by and between the parties as follows: Definitions
1) As used in this agreement, the following meanings:
dd. "Serious mental illness and/or "SMI" refer to
iv - Inmates whose diagnoses qualifies them as having a serious mental illness consistent with above definition will be placed on the "D" Roster. Any inmate meeting the diagnostic criteria of serious mental illness consistent with the above definition shall continue to be on the "D" Roster. Notwithstanding, the inmate functioning appropriately due to the provision of appropriate treatment and medication, I was evaluated and diagnosed by SCI Waymart Top Psychiatrist and Chief Psychiatrist of Mental Health Units (MHU's) MR. Nona: Chief Psychiatrist as Schizophrenia and Schizoaffective Repressive style disorder SCI Retreat used David Newton, Psychiatrist to manufacture and change my diagnoses to retaliate and bully me an oppress/discriminate against me. I went from getting treatment to No Treatment at all. Out of about 1900 inmates at Retreat I was the only one (Newton) changed "D" code on 8/8/2018. Therefore I am truly in Need of your Help! A prompt reply be appreciate. Respectfully [signature]

Mr. LaMont Pugh 25 9048
421 LaBelle Road
LaBelle PA 15450

RECEIVED
SCRANTON
NOV 06 2018
PER _____ DEPUTY CLERK

PITTSBURGH PA 150
01 NOV 2018 PM 8 L

Prothonotary Office
Middle District of PA.
William J. Nealon Federal
Bldg. & U.S. Courthouse
235 Washington Ave
Scranton PA 18501-1148

pci
"INMATE MAIL PA DEPARTMENT OF CORRECTIONS"

18501-500199